UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

Carlos Lopez-Viera

Defendant(s)

CRIMINAL NO. 08mj1483

ORDER

RELEASING MATERIAL WITNESS

Booking No. 08476298

On order of the United States District/Magistrate Judge, CATHY ANN BENCIVENGO

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Guadalupe Morales-~~Alvarez~~ Arellano

#

DATED: 5-29-08

2008 MAY 29 A 11:37

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]

Deputy Clerk

L. HERNANDEZ

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082